Case 2:23-cv-00932-MCS-AGR    Document 18    Filed 12/09/25    Page 1 of 1    Page ID #:2650

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DAVID ROMERO, | NO. 2:23-cv-00932-MCS-AGR |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| DANNY SAMUEL, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: December 9, 2025

*Mark C. Scarsi*

_____
MARK C. SCARSI
United States District Judge